LAW OFFICES OF
*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
**Filed via ECF**

July 16, 2020

**RE:**   *Camilla Ramnarime vs. Queens Liberty Foods Inc. et. al.,*
**Docket No. 1:20-cv-02628-BMC (Adjournment Request )**

Dear Judge Cogan:

    Please allow this correspondence to serve as a request to adjourn the initial scheduling conference currently set for July 23, 2020 as Defendants' have yet to appear in this matter. There been no previous requests to adjourn this conference and no adversary to request consent. Further, there are no future dates currently scheduled in this action.

    Should Defendants fail to appear, Plaintiff shall exercise all remedies allowed under the Federal Rules of Civil Procedure to bring this action to a conclusion.

    I thank the Court for its attention to this matter.

Respectfully,

_____/S/_____
Lawrence Spasojevich, Esq.
*Attorney for Plaintiff*